IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Walter William Cartwright III, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| vs. ) | |
| ) | Case No. 1:23-cv-085 |
| Captain Chris Ray, ) | |
| ) | |
| Defendant. ) | |

The Plaintiff, an inmate at the Ward County Detention Center, initiated this *pro se* civil rights action on May 1, 2023. See Doc. No. 2. An amended complaint was filed on June 6, 2023. See Doc. No. 15. After screening the complaint as required by 28 U.S.C. § 1915A, Magistrate Judge Clare R. Hochhalter issued a Report and Recommendation on June 6, 2023, in which he recommended that one claim be allowed to go forward while all others be dismissed. See Doc. No. 14. The Plaintiff was given until June 21, 2023, to file an objection to the Report and Recommendation. The Plaintiff did not file an objection to the Report and Recommendation and the time for doing so has expired.

The Court has carefully reviewed the Report and Recommendation, the relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The Court agrees that the Plaintiff's retaliation claim should be allowed to go forward at this early stage while the claims regarding mail restrictions, equal protection violations, and infringement upon his right to petition the courts fail.

The Court **ADOPTS** the Report and Recommendation (Doc. No. 14) in its entirety and **ORDERS** as follows:

1) The Plaintiff will be permitted to proceed with his retaliation claim.

2) All other claims are **DISMISSED.**

3) The Clerk of the District Court is directed to effectuate service of the amended complaint (Doc. No. 15) on the named Defendant along with a copy of the Court's screening order making clear the claim the Plaintiff is permitted to proceed with.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2023.

                                              */s/ Daniel L. Hovland*
                                              Daniel L. Hovland, District Judge
                                              United States District Court