# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Walter William Cartwright, III, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Captain Chris Ray, | ) |
| | ) Case No. 1:23-cv-085 |
| Defendant. | ) |

On August 30, 2023, Plaintiff filed a document captioned "Discovery Request/Motion to Compel Discovery." (Doc. No. 32). Therein he requests: (1) the United States Marshals Service provide him with Defendant's full name and address; and (2) the court arrange for service of his pleadings on Defendant by the United States Marshals Service.

The court previously directed the Clerk's office to effectuate service on Defendant. (Doc. Nos. 19 and 23). On September 6, 2023, Defendant filed an Answer to Plaintiff's Amended Complaint. (Doc. No. 33). Consequently, Plaintiff's request regarding service of his pleadings is moot. Further, as the United States Marshals Service is not a party to this action, the court will not require it to respond to Defendant's discovery request. Plaintiff's "Discovery Request/Motion to Compel Discovery" (Doc. No. 32) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court