IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Walter William Cartwright, III,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Captain Chris Ray,  )<br>  )<br>   Defendant.  ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:23-cv-085 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on the magistrate judge by telephone on March 1, 2024, at 9:00 AM. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. If Plaintiff is still in custody at the time of the conference, the court shall make the necessary arrangements to ensure he is able to participate. The conference may be recorded for the convenience of the court.

Dated this 12th day of October, 2023.

               */s/ Clare R. Hochhalter*
               Clare R. Hochhalter, Magistrate Judge
               United States District Court