IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Walter William Cartwright, III, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Captain Chris Ray, | ) | Case No. 1:23-cv-085 |
| | ) | |
| Defendant. | ) | |

On February 1, 2024, Plaintiff filed a Motion for Extension of Time to File an Amended Complaint (Doc. No. 52) and Motion for Court Hosted Settlement Conference (ADR) or an Alternative Form of Mediation. (Doc. No. 53).

The court **GRANTS** Plaintiff's Motion for Extension of Time to File an Amended Complaint (Doc. No. 52) and extend parties's deadline for filing motions to amend the pleadings until March 8, 2024. The court shall hold a status conference with the parties by telephone on March 8, 2024, at 10:30 AM by telephone to discuss Plaintiff's request for a settlement conference. To participate in the status conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court