# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Walter William Cartwright, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Captain Chris Ray, )<br>)<br>Defendant. ) | **ORDER RESCHEDULING MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br>Case No. 1:23-cv-085 |

The mid-discovery status conference on March 1, 2024, shall reschedule for March 8, 2024, at 10:30 AM CST. To participate in the conference, the parties shall call (877) 810- 9415 and enter access code 8992581. If Plaintiff is still in custody at the time of the conference, the court shall make the necessary arrangements to ensure he is able to participate. The conference may be recorded for the convenience of the court.

Dated this 23rd day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court