# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Walter William Cartwright, II, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Captain Chris Ray, | ) | Case No. 1:23-cv-085 |
| | ) | |
| Defendant. | ) | |

Plaintiff filed motions on February 1 and 22, 2024, requesting a court-hosted settlement conference. (Doc. No. 53 and 57). On March 4, 2024, Defendant filed a response to Plaintiff's motion. It takes the position that a settlement conference would be fruitful at this time given the present posture of this case.

The court held a status conference with the parties by telephone on March 8, 2024. Based upon its discussion parties, the court is not presently inclined to schedule a settlement conference in this matter. Discovery is still ongoing. Consequently, the parties are not yet in a position to evaluate this case for settlement. Plaintiff's motions (Doc. Nos. 53 and 57) are therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court