# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Walter William Cartwright, III, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER MODIFYING PRETRIAL** |
| | ) | **DEADLINES** |
| v. | ) | |
| | ) | |
| Captain Chris Ray, | ) | Case No.: 1:23-cv-00085 |
| | ) | |
| Defendant. | ) | |

On June 7, 2024, the court held a status conference with the parties to discuss the status of Plaintiff's ability to answer Defendant's request for discovery or interrogatories and to reset pretrial deadlines. (Doc. No. 67).

For the reasons articulated on the record, the following pretrial deadlines are modified as follows:

1) Discovery shall be due by July 1, 2024.

2) Discovery motions shall be due by August 1, 2024.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2024.

>   */s/ Clare R. Hochhalter*
>   Clare R. Hochhalter, Magistrate Judge
>   United States District Court